CO-290
Rev. 3/88

Notice of Appeal Criminal

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA          )
                                   )
          vs.                      )     Criminal No. _P-0571336_
                                   )
MAX OBUSZEWSKI ET AL              )

## NOTICE OF APPEAL

Name and address of appellant:          EVAN LONG

-9504

Name and address of appellant's attorne

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_December 21, 2005_                    _Evan Long_
DATE                                   APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE   ☐
CJA, NO FEE            ☐
PAID USDC FEE          ☐
PAID USCA FEE          ☐

Does counsel wish to appear on appeal?                          YES ☐   NO ☐
Has counsel ordered transcripts?                               YES ☐   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?     YES ☐   NO ☐

**RECEIVED**

**DEC 2 9 2005**



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT