FILED

JUN - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Case No. 06-MJ-00006 (TFH/JMF)
)
Evan Long )

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE APPELLANT'S BRIEF

I respectfully move this Court for a ninety (90) day extension of time within which to file my pro se brief in this case. In support of this Motion, I state the following:

§ My brief in support of my appeal is due May 31, 2006.

§ I, the appellant, require additional time to obtain transcripts, conduct research, consult with other appellants and advisors, and assemble and file the brief, especially as there was some confusion over who was going to be doing so at the outset of the appeal, whether it was to be done by existing advisors or by the defendants ourselves. Moreover, the task of preparing the brief is further complicated by the recent acquittal (by Magistrate Judge Robinson on April 19, 2006) of four defendants arrested on similar if not identical charges, including Sept 26 White House co-arrestees Eve Tetaz and Lynn Robinson.

§ This is the first briefing schedule in this case as the matter was heard on December 21, 2005.

WHEREFORE, I, as appellant, request that this Motion be granted and this Court allow a ninety (90) day extension of time within which all defendants who have filed a notice of appeal from the December 21, 2005 trial, may file a Brief in this case. Alternatively, I

copy forwarded to
AUSA Michael Harvey
on 6/12/06. MJP

request this motion be granted and that this Court allow a ninety (90) day extension of time, within which I may file my Brief in this case.

Signed,

Evan Long