

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT
JUL 1 9 2006
RECEIVED

**FILED**

JUL 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 06-MJ-00006 (TFH/JMF)

In the District of Columbia Court of Appeals

United States of America

v.

Evan Long

Appeal Brief for Pro Se Evan Long

Evan Long

**Table of Contents**

Issues Presented

Statement of the Case

Conclusion

**Table of Authorities**

Appellant adopts and by reference incorporates herein the Table of Authorities contained in the briefs submitted by Lynn Robinson and Max Obuszewski.

**Issues Presented**

Appellant adopts and by reference incorporates herein the Issues Presented contained in the briefs submitted by Lynn Robinson and Max Obuszewski.

**Statement of the Case**

Appellant adopts and by reference incorporates herein the Statement of the Case contained in the briefs submitted by Lynn Robinson and Max Obuszewski.

**Conclusion**

Appellant adopts and by reference incorporates herein the Conclusion contained in the briefs submitted by Lynn Robinson and Max Obuszewski.