UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 4 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CINDY SHEEHAN, <br><br> Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Appellee. | 05-MJ-0649 (AK/TFH) |
| MAX OBUSZEWSKI, <br> LYNN MAXINE ROBINSON, <br> PERRY REEVE, <br> DON G. MULLER, <br> EVAN G. LONG, <br><br> Appellants, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Appellee. | 06-MJ-0006 (JMF/TFH) |

### ORDER

Pending before the Court are the appeals filed by Cindy Sheehan in Case Number 05-MJ-0649 and Max Obuszewski, Lynn Maxine Robinson, Perry Reeve, Don G. Muller, and Evan G. Long in Case Number 06-MJ-0006. For the reasons set forth in the Memorandum Opinion dated

December 19, 2006, it is hereby

**ORDERED** that the appellants' convictions are **AFFIRMED**.

**SO ORDERED**.

January 3rd, 2007

_____
Thomas F. Hogan
Chief Judge

2